1 | LAW OFFICE OF IRENE KARBELASHVILI
2 | Irene Karbelashvili, State Bar Number 232223
  | Irakli Karbelashvili, State Bar Number 302971
3 | 12 South First Street, Suite 413
  | San Jose, CA 95113
4 | Telephone: (408) 295-0137
  | Fax: (408) 295-0142
5 |
6 | Attorneys for SHELBY GAIL HEIFETZ, Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SHELBY GAIL HEIFETZ, | Case No. 16-cv-1043-NC |
| Plaintiff, | **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |
| vs. | |
| O' JOE'S, INC., a California corporation, d/b/a ORIGINAL JOE'S; SAINTE CLAIRE BUILDING LLC, a California limited liability company; and DOES 1 through 20, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff SHELBY GAIL HEIFETZ ("Plaintiff") and Defendants O' JOE'S, INC., a California corporation, d/b/a ORIGINAL JOE'S; and SAINTE CLAIRE BUILDING LLC, a California limited liability company (collectively, "Defendants") that this action against Defendants be dismissed with prejudice. Each party is to bear its own attorneys' fees and costs. The parties also request that the Court retain jurisdiction over the enforcement of the terms of General Release and Settlement Agreement executed by Plaintiff and Defendants.

1
2  Dated: March 30, 2017                    */s/ Irakli Karbelashvili*
3                                            Irakli Karbelashvili, Attorney for Plaintiff
                                             SHELBY GAIL HEIFETZ
4
5  Dated: March 30, 2017                    */s/ Edward Kraus*
                                             Edward Kraus, Attorney for Defendant
6                                            SAINTE CLAIRE BUILDING LLC

7  Dated: March 30, 2017                    */s/ Todd Boyer*
                                             Todd Boyer, Attorney for Defendant
8                                            O' JOE'S, INC
9
10
                              **FILER'S ATTESTATION**
11
12      Pursuant to Local Rule 5-1, I hereby attest that on, I, Irakli Karbelashvili, received the
13  concurrence of counsel for Defendants in the filing of this document.
14
                                    By:    */s/ Irakli Karbelashvili*
15                                          IRAKLI KARBELASHVILI
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Having reviewed the above Stipulation for Dismissal with Prejudice by Plaintiff SHELBY GAIL HEIFETZ ("Plaintiff") on the one hand and Defendants O' JOE'S, INC., a California corporation, d/b/a ORIGINAL JOE'S; and SAINTE CLAIRE BUILDING LLC, a California limited liability company ("Defendants") on the other hand,

**IT IS HEREBY ORDERED** that:

1. This action be dismissed with prejudice.
2. All parties shall bear their own costs and fees in the action.
3. The Court retains jurisdiction over the parties' General Release and Settlement Agreement.
4. The Clerk shall close the case file.

Dated:  March 31, 2017

